UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

YOUNG TAEK CHOI, JIWOO HAN, YUN SOEB
SHIN, JI HYUN KIM, and RACHEL SON,

                **MEMORANDUM & ORDER**
         Plaintiffs,      19-CV-2008(EK)(VMS)

      -against-

SD TOOLS, INC., ZERED, INC., and HAK
JIN HAN,

         Defendants.

-----------------------------------x

ERIC KOMITEE, United States District Judge:

      The Court has received Magistrate Judge Vera M. Scanlon's Report and Recommendation (R&R) dated March 29, 2021. ECF No. 39.  Judge Scanlon recommends that I grant plaintiff Jiwoo Han's motion to dismiss his claims without prejudice. Plaintiff Han and the Defendants waived their right to object to the R&R.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, the Court finds no clear error.  The Court adopts the

R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1). Therefore, plaintiff Jiwoo Han is dismissed from the action without prejudice.

SO ORDERED.

/s Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: July 7, 2021
       Brooklyn, New York